UNITED STATES DICTRICT COURT
IN THE STATE OF IDAHO
550 W Fort Street, Suite 400,
Boise, Idaho, 83724

U.S. COURTS

NOV 0 1 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## COMPLAINT

I. Parties

Plaintiff: Artem Andrianumearisata, 235 Camarillo Way, Twin Falls, ID, 83301

Defendant: Department of Health and Welfare, 601 Pole Ln Rd E, Twin Falls, ID, 83301.

II. Jurisdiction

Being a resident in the State of Idaho, by the 14th Amendment to the Constitution of the United States and the ARTICLE-III, I Artem Andrianumearisata, the Plaintiff, vesting this Complaint to the United States District Judge, for the Resolution of the Complaint.

III. Claim

Department of Health and Welfare violated 14th Amendment to the Constitution by imposing a terms of applying for a Food Stamps which attempting to abridge, deny and breach the peace and privacy of the liberties under the Constitution.

In the 5th day of August 2021, I was at the Department of health and Welfare (addressed in this Complaint as "the Department"), for reexamination of the food stamps. After reviewing the privacy document, I have notified the Department about the terms abridging and breaching to my liberties of privacy. Specifically that the Department should not impose abridging, coercive and breaching conditions to the privacy. The employees of the Department refused to process the fundamental application without such illegal terms.

By the ARTICLE-1-6-1, the liberty of privacy could not be violated. The terms imposed by the Department denying the due process of the 14th Amendment and the ARTICLE-IV. By the 11th Amendment of the Constitution the Department of the State could not commence an illegitimate act against the Constitution of the United States.

The Section 1 of the Department's privacy document compacts an imposition, within the "Right to Review and Copy", which places the United States under the ARTICLE-I-10-2 into a gross poverty of denying the ARTICLE-VI-2 *(Department's Privacy Notice, p 3, "Right to Review and Copy... You will be told if there is information we are legally prevented from disclosing to you")*.

The Section 2 of the Department's privacy document, "Right to Amend", requires a test to the ARTICLE-VI-2, which does not meet the qualification ARTICLE-IV-3: that under the ARTICLE-VI-3, I should not be compelled be believe or exercise a practice contrary to the liberties of the Constitution *(Department's Privacy Notice, p 3, "Right to Amend... We may deny your request if you ask us to change information that: Was not created by the Department; Is not part of the information kept by or for the Department; Is not part of the information which you would be allowed to review and copy; or We determine is correct and complete")*.

The Section 3 of the Department's privacy document, "Right to Restrict Health Information Disclosures", proposes that I could request not to omit the liberties of the Constitution, but which Department has a right to deny by the Section 2. Such a grace to deny the ARTICLE-I-9-1 and the ARTICLE-2-1-4, violates the jurisdiction of my residency under the 14th Amendment to the Constitution. (*Department's Privacy Notice, p 3,* "Right to Restrict Health Information Disclosures...You have the right to ask us not to share your health information"). The fact that I requested to apply for a food stamps without those illegal obligation, and was denied by the Department's employees, is an evidence of illegality by those terms.

The Section 4 of the Department's privacy document, "Right to an Alternate Means of Delivery, is an imposition of a force which violates not only the certainty of privacy under the 14th Amendment but wholly violates the jurisdiction of the United States *(Department's Privacy Notice, p 4, "Right to an Alternate Means of Delivery...alternative means...that we send your information...to alternative locations...We will not ask you the reason for your request).*

The Section 5, of the Department's privacy document, "Right to a Report of Health Information Disclosures", not only places the total unlawfulness of practice by those Sections as a "normal   business purposes", but excludes the jurisdiction of the due process under ARTICLE-IV and again violates the ARTICLE-1-6-1 of the Constitution (*Department's Privacy Notice, p 4, "This report of disclosures will not include when we have shared your health information for treatment, payment for your treatment or normal business purposes"*). If there is a time at which a depriving term was imposed, it would be illegitimate and illegal by the ARTICLE-1-6-1 and ARTICLE-V. I do not consent to be deprived.

The Department privacy document further proposes an exercise which does not need my consent to "use and share" the information, which again violates the ARTICLE-V and ARTICLE-1-6-1 (*Department's Privacy Notice, p 4," How the Department May Use and Share Your Information ... Times when your permission is not needed...For treatment...For Payment...For business Operations"*).

Department's allowance of times when operations of the Department may obey the qualification of the ARTICLE-VI-2, is when Department at the exercise to deny the Constitution of the United States by the Sections of the Department's privacy document (*Department's Privacy Notice, p 4, "Times when your permission is needed...For reasons other than Treatment, Payment or Business Operations...Individuals that are part of your care or payment for your care...based on...our...opinion"*). By the ARTICLE-II-2-1, the opinion of Department's employees should not violate the ARTICLE-VI-2, ARTICLE -I-6-1, ARTICLE-IV, and ARTICLE-V.

Such terms, degrading to the Constitution of the United States, continue by the "Other uses and sharing of your information that may be made without your permission", which listing examples of total denial of the Constitution: "For Appointments, For treatment Alternatives, As Required by Law, For Public Health Risks, To Law Enforcement, For Lawsuits and Disputes, To Coroners, Medical Examiners, Funeral Directors, For Organ and Tissue Donation, For Emergency Treatment, To prevent a Serious Threat to Health or Safety, To Military and Veterans Organizations, For Health Oversight Activities, For National Security and Intelligence Activities, To Correctional Institutions" ( *Department's Privacy Notice, p 5, " "Other uses and sharing of your information that may be made without your permission"*).

The "Special Requirements" of the Department's privacy document, not only detains the ARTICLE-VI-2 by the exercise of those Sections, but also disconnects my civil residency to the jurisdiction of the 14th Amendment, and

evidently illustrates the notice of its breaching practice *(Department's Privacy Notice, p 5, "Special Requirements...Affected Individuals will be notified following a breach of unsecured health information").*

The "Changes to this Notice" of the Department's privacy document, is an instrument which places a reasonable request for a civil jurisdiction of the United Sates Constitution to the "terms of the Notice that is currently in effect" *(Department's Privacy Notice, p 5, " Changes to this Notice... the Department will follow the terms of the Notice that is currently in effect").* I did not and do not consent to omit the civil liberties of the Constitution.

I should not be required to submit a complaint to a jurisdiction other than judicial establishment of the ARTICLE-III *(Department's Privacy Notice, p 5, "Complaints...If you believe your confidential privacy rights have been violated...If you believe your health information privacy rights have been violated").* By the ARTICLE-VI-3, I do not believe an imposition to "believe" should be a requirement to file a complaint which is supported by the facts.

Department's employees has failed to provide an application without those illegal obligations. Departments terms are the coercive shares of deprived liberties of the Constitution *(Department's Privacy Notice, p 3, "Privacy Notice...Purpose of this notice...handles...shares...to provide you benefits or services.")*

## IV. Resolution

Being a resident in the State of Idaho, under the 14th Amendment to the Constitution, I the Plaintiff, by the ARTICLE-III, present this Complaint to the United States District Judge, and request to cause Defendant Department of Health and Welfare to provide a process of applying for the Food Stamps without the illegal obligations.

I HERBY AFFIRM, that in the 30th Day of October 2021, I have mailed this Document to the United States District Court, at the 550 W Fort Street, Suite 400, Boise, Idaho, 83724.

October 30, 2021
Plaintiff: Artem Andrianumearisata
Signature: _____

Artem Andrianumearisata
235 Camarillo Way
Twin Falls, Id, 83301.





U.S. POSTAGE PAID
FCM LG ENV
TWIN FALLS, ID
83301
OCT 30, 21
AMOUNT
$1.76
R2304M111455-20

UNITED STATES COURT
550 W. Fort St., Suite 400
Boise, ID, 83724.